# Federal Defenders
## OF NEW YORK, INC.


MEMO ENDORSED

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

RECEIVED
FEB 29 2008
CHAMBERS OF
DENISE COTE

February 28, 2008

BY HAND

Honorable Judge Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St - Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

Re: **United States v. Lawrence L. Powell, Jr.**
    **08 Cr. 139 (DLC)**

Dear Judge Cote:

I write on behalf of my client, Lawrence Powell, to respectfully request that the Court modify the bail conditions imposed by your Honor on February 21, 2008. At that time, the following bail conditions were imposed: a $50,000 personal recognizance bond co-signed by two financially responsible persons, regular pre-trial supervision, surrender of travel documents with no new applications, and travel restricted to the Eastern and Southern Districts of New York and the District of New Jersey; all conditions to be met by February 28, 2008.

I write to request that Mr. Powell's bail package be modified. One cosigner has already signed. I request an extension of time for the second cosigner until Monday, March 3, 2008. I have spoken with Assistant United States Attorney Nick Lewin on behalf of the government, and he consents to this modification

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Jennifer Brown*
Jennifer L. Brown
Assistant Federal Defender
Tel.: (212) 417-8722

**SO ORDERED:**

*/s/ Denise Cote*
HONORABLE DENISE L. COTE
United States District Judge

February 29, 2008

cc: Nick Lewin, Assistant United States Attorney