✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

## APPEARANCE

Case Number:  S1 08 CR 139

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lawrence L. Powell

I certify that I am admitted to practice in this court.

| 6/13/2008 | | _Jennifer Brown (signature)_ | |
|---|---|---|---|
| Date | | Signature | |
| | | Jennifer Brown | |
| | | Print Name | Bar Number |
| | | 52 Duane Street | |
| | | Address | |
| NY | NY | 10007 | |
| City | State | Zip Code | |
| (212) 417-8722 | | (212) 571-0392 | |
| Phone Number | | Fax Number | |